No. 10–632. IN RE WINDSOR;

No. 10–633. IN RE WINDSOR;

No. 10–690. IN RE WINDSOR; and

No. 10–6370. IN RE STARLING. Petitions for writs of mandamus denied.

No. 09–958. MAXWELL-JOLLY, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES v. INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, INC., ET AL. (two judgments). Reported below: 572 F. 3d 644 (first judgment) and 342 Fed. Appx. 306 (second judgment);

No. 09–1158. MAXWELL-JOLLY, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES v. CALIFORNIA PHARMACISTS ASSN. ET AL. (Reported below: 596 F. 3d 1098); MAXWELL-JOLLY, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES v. CALIFORNIA HOSPITAL ASSN. ET AL. (563 F. 3d 847); MAXWELL-JOLLY, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES v. INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, INC., ET AL. (374 Fed. Appx. 690); MAXWELL-JOLLY, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES v. DOMINGUEZ, BY AND THROUGH HER MOTHER AND NEXT FRIEND BROWN, ET AL. (596 F. 3d 1087); and

No. 10–283. MAXWELL-JOLLY, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES v. SANTA ROSA MEMORIAL HOSPITAL ET AL. Reported below: 380 Fed. Appx. 656. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petitions, cases consolidated, and a total of one hour is allotted for oral argument.

No. 09–11342. LONGORIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.